**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE MEDTRONIC, INC.<br>SPRINT FIDELIS LEADS PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 08-1905 (RHK/JSM) |
| | **ORDER GRANTING PLAINTIFFS'**<br>**LEAD COUNSEL'S MOTION TO** |
| This documents relates to:<br>**Lazarski et al. v. Medtronic, Inc. et al.**<br>**09-cv-00622** | **DISMISS** |

Upon consideration of Plaintiffs' Lead Counsel's Motion to Dismiss (Doc. No.

16), and based on the files, records and pleadings herein, **IT IS ORDERED** that the

Motion is **GRANTED**, and pursuant to the Master Settlement Agreement and Federal

Rule of Civil Procedure Rule 41(a), the action styled <u>Lazarski et al. v. Medtronic, Inc. et</u>

<u>al.</u>, Civil Action No. 09-cv-00622, is **DISMISSED WITH PREJUDICE**.

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 20, 2011

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge